UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-61310-Civ-Zloch/Snow

MANUEL E. RIVAS,

    Plaintiff,

v.

THE LAW OFFICE OF SIDNEY MICKELL
AND CACH, LLC,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-61310-Civ-Zloch/Snow

MANUEL E. RIVAS,

    Plaintiff,

v.

THE LAW OFFICE OF SIDNEY MICKELL
AND CACH, LLC,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 10, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Manuel H. Newburger, Esq.
Barron, Newburger, Sinsley, Wier, PLLC
Suite 102
1212 Guadalupe
Austin, TX 78701
Telephone: 512-476-9103
Facsimile: 512-279-0310

Via electronic mail.