UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61310-CIV-ZLOCH

MANUEL E. RIVAS,

    Plaintiff,

vs.                                **FINAL ORDER OF DISMISSAL**

THE LAW OFFICE OF SIDNEY
MICKELL AND CACH, LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal (DE 4) filed herein by Plaintiff, Manuel E. Rivas. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Plaintiff's Notice Of Voluntary Dismissal (DE 4) be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   15th   day of September, 2008.

                                              WILLIAM J. ZLOCH
                                            United States District Judge

Copy furnished:
Donald A. Yarbrough, Esq.